PROB 34
(1/92)

# ORIGINAL

Report and Order Terminating Probation/
Supervised Release

---

## United States District Court

### FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2007

at 3 o'clock and 15 min. P. M. ⅂
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

BRIAN RALEY

Criminal No.  CR 02-00201HG-05

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 8/16/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

LISA K.T. JICHA
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 30th day of August, 2007.

HELEN GILLMOR
Chief U.S. District Judge